IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAMARA SMITH, et al., ) | |
| ) | |
| Plaintiffs, ) | NO. 3:06-00829 |
| ) | JUDGE HAYNES |
| v. ) | |
| ) | |
| THE CHEESECAKE FACTORY ) | |
| RESTAURANTS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

In accordance with the Memorandum filed herewith, Defendant The Cheesecake Factory Restaurants, Inc.'s motion to dismiss or stay to compel arbitration (Docket Entry No. 23) is **GRANTED**. Plaintiffs' motion to strike Jennifer Bispo's Declaration (Docket Entry No. 88) is **DENIED**. Defendants The Cheesecake Factory Incorporated, Overton's, D'Amelio's, and Bispo's motion to dismiss (Docket Entry No. 66) and supplemental motion to dismiss (Docket Entry No. 98) are **GRANTED**.

Accordingly, Plaintiffs are hereby **ORDERED** to arbitrate their disputes with Defendant The Cheesecake Factory Restaurants, Inc. This action is **ADMINISTRATIVELY CLOSED** and may be reopened by any party at the conclusion of the arbitration proceedings. Plaintiffs' claims against Defendants The Cheesecake Factory Incorporated, Overton, D'Amelio, and Bispo are **DISMISSED with prejudice**.

It is so **ORDERED**.

**ENTERED** this the 3rd day of February, 2010.

WILLIAM J. HAYNES, JR
United States District Judge