IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CAMARA SMITH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | NO. 3:06-00829 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| THE CHEESECAKE FACTORY | ) | |
| RESTAURANTS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

In accordance with the Memorandum filed herewith, Defendant The Cheesecake Factory Restaurants, Inc.'s motion to dismiss or stay to compel arbitration (Docket Entry No. 23) is **GRANTED**. Plaintiffs' motion to strike Jennifer Bispo's Declaration (Docket Entry No. 88) is **DENIED**. Defendants The Cheesecake Factory Incorporated, Overton's, D'Amelio's, and Bispo's motion to dismiss (Docket Entry No. 66) and supplemental motion to dismiss (Docket Entry No. 98) are **GRANTED**.

Accordingly, Plaintiffs are hereby **ORDERED** to arbitrate their disputes with Defendant The Cheesecake Factory Restaurants, Inc. This action is **ADMINISTRATIVELY CLOSED** and may be reopened by any party at the conclusion of the arbitration proceedings. Plaintiffs' claims against Defendants The Cheesecake Factory Incorporated, Overton, D'Amelio, and Bispo are **DISMISSED with prejudice.**

It is so **ORDERED**.

**ENTERED** this the ____ day of February, 2010.

_____
WILLIAM J. HAYNES, JR.
United States District Judge