IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAMARA SMITH, et al., | Case No. 3:06-cv-00829 |
| Plaintiffs, | JUDGE HAYNES |
| v. | |
| THE CHEESECAKE FACTORY RESTAURANTS, INC., | |
| Defendant. | |

*ORDER — The Court adopts the parties' agreement on Mr. Jones.*

## JOINT NOTICE OF PARTIES' AGREEMENT TO SELECT FRANK JAMES AS ARBITRATOR FOR PLAINTIFF SETH HINES' CLAIMS

*[signature] 4-9-12*

On April 3, 2012, Plaintiffs and Defendant The Cheesecake Factory Restaurants, Inc. reached an agreement to select Frank James of the law firm Baker, Donelson, Bearman, Caldwell & Berkowitz, PC as the arbitrator of Plaintiff Seth Hines' claims. In accordance with this Court's Order dated November 16, 2010 [Doc. 125] and the Memorandum Opinion supporting the Order [Doc. 124], Mr. James is licensed to practice law in Alabama, the state in which Plaintiff Hines worked for Defendant. Plaintiffs hereby withdraw Seth Hines' Motion to Select and Appoint Arbitrator and subsequent related filings [Docs. 134-136, 141-143, 148, 154, 157].

Dated: April 6, 2012            Respectfully submitted,

                                GOLDSTEIN, DEMCHAK, BALLER, BORGEN &
                                    DARDARIAN

                                s/ David Borgen
                                David Borgen, CA Bar No. 099354
                                Joseph E. Jaramillo, CA Bar No. 178566
                                Sarah K. Webb, CA Bar No. 263968
                                GOLDSTEIN, DEMCHAK, BALLER,
                                    BORGEN & DARDARIAN
                                300 Lakeside Drive, Suite 1000
                                Oakland, CA 94612
                                (510) 763-9800
                                (510) 835-1417 (Fax)

1

384321-1
Case 3:06-cv-00829   Document 158   Filed 04/06/12   Page 1 of 2 PageID #: 1868
Case 3:06-cv-00829   Document 159   Filed 04/10/12   Page 1 of 1 PageID #: 1870