IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAMARA SMITH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHEESECAKE FACTORY RESTAURANTS, INC.,<br><br>Defendant. | Case No. 3:06-cv-00829<br><br>JUDGE HAYNES |

ORDER
This request is DENIED as moot. See D/E 159
4-23-12

**CLAIMANTS MARY CARUSO'S AND SETH HINES' REQUEST FOR CLARIFICATION OF ORDER CLARIFYING ARBITRATOR SELECTION ORDERS**

Claimants Mary Caruso and Seth Hines respectfully request clarification of the Court's order[1] regarding the clarification of the orders selecting arbitrators for their claims. The order was handwritten by the Honorable Judge Haynes, and unfortunately, Claimants are unable to read the instructions issued by the Court.

Claimants, therefore, respectfully request that the Court issue an order clarifying the Court's instructions regarding the clarification of the orders selecting arbitrators.

Dated: January 30, 2012

Respectfully Submitted,

s/ Charles P. Yezbak, III
Charles P. Yezbak, III
Yezbak Law Offices
2002 Richard Jones Road, Suite B-200
Nashville, TN 37215
(615) 250-2000
(615) 250-2020 (Facsimile)
yezbak@yezbaklaw.com

[1] *See* Dkt. No. 155