IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAMARA SMITH, et al.,<br><br>Plaintiffs,<br>v.<br><br>THE CHEESECAKE FACTORY<br>RESTAURANTS, INC.,<br><br>Defendant. | No. 3:06-0829<br><br>JUDGE HAYNES<br><br>Collective Action |

*[Handwritten notation: "Granted. This motion is granted. /s/ 1-15-13"]*

## PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF DISMISS PURSUANT TO LOCAL RULE 7.01

Plaintiff Camara Smith, *et al.* ("Plaintiffs") hereby request leave to file a Reply Memorandum in support of its Motion to Dismiss Defendant's Motion to Vacate pursuant to Local Rule 7.01. Plaintiffs' request is based on the following facts:

1. On December 19, 2012, Plaintiffs filed a Motion Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(1), moving the Court to dismiss Defendant's Motion to Vacate Arbitration Award (Doc. 161), which was filed on December 5, 2012.

2. Defendant filed an Opposition to Plaintiffs' Motion to Dismiss on January 14, 2013.

3. Defendant's Opposition includes arguments to which Plaintiffs seek to respond.

4. Plaintiffs would file their Reply on January 21, 2013 if leave is granted by the Court.

1