## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

CAMARA SMITH, et al.,                    )
                                         )
      Plaintiffs,                      )
                                         )
v.                                       )        Case No. 3:06-cv-00829
                                         )        Chief Judge Haynes
THE CHEESECAKE FACTORY                   )
RESTAURANTS, INC.,                       )
                                         )
      Defendant.                       )

## O R D E R

Defendants' motion to vacate the arbitration award (Docket Entry No. 161) is **DENIED.**

Plaintiffs' motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) is **GRANTED.** This action is

**DISMISSED** without prejudice and **ADMINISTRATIVELY CLOSED** to be reopened upon

petition by either party.

**ENTERED** this the _8th_ day of February, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court