IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAMARA SMITH, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 3:06-cv-00829 ) Chief Judge Haynes |
| THE CHEESECAKE FACTORY RESTAURANTS, INC., | ) ) ) |
| Defendant. | ) |

## ORDER

Defendants' motion to vacate the arbitration award (Docket Entry No. 161) is **DENIED**. Plaintiffs' motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) is **GRANTED**. This action is **DISMISSED** without prejudice and **ADMINISTRATIVELY CLOSED** to be reopened upon petition by either party.

**ENTERED** this the ___ day of February, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court