IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAMARA SMITH, et al.,<br><br>Plaintiffs,<br>v.<br><br>THE CHEESECAKE FACTORY RESTAURANTS, INC.,<br><br>Defendant. | No. 3:06-0829<br><br>JUDGE HAYNES<br><br>Collective Action |

*[Handwritten note: ORDER. Based upon the parties' joint motion (Dkt No. 191) the instant motion is DENIED without prejudice to renew if the settlement is not finalized. Movants can incorporate by reference their earlier motion papers. (signature) 4-14-14]*

## PLAINTIFFS MOTION TO VACATE ARBITRATION AWARDS ISSUED BY ARBITRATOR RICHARD MCQUADE

Plaintiffs Misty Neal, Jolene Hostal, Stephanie Yoakum, David Peltz, Jennifer Ruffin, Erick Ruffin and Clare Law (the Ohio Plaintiffs), on behalf of themselves and other similarly situated, move the Court to vacate the arbitration awards entered by Arbitrator Richard McQuade.

This case was initially filed by five plaintiffs who worked in Tennessee, Alabama, Colorado and Texas. [Docket No. 1] While the case was pending, the Ohio Plaintiffs filed consent forms to join as party plaintiffs. [Docket Nos. 105] The Court ordered the plaintiffs to arbitration. [Docket No. 107] The parties could not agree on how or where to initiate arbitration so the Court adopted a procedure to select arbitrators and decided that the arbitrations should be held in the county and state where they worked. [Docket Nos. 124-125] The parties could not agree on an arbitrator so the Court appointed former Judge Richard McQuade as the arbitrator. [Docket No. 130]

1