IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CAMARA SMITH, et al.,<br><br>Plaintiffs,<br>v.<br><br>THE CHEESECAKE FACTORY RESTAURANTS, INC.,<br><br>Defendant. | No. 3:06-0829<br><br>JUDGE HAYNES<br><br>Collective Action |

*[Handwritten note: ORDER. This motion is GRANTED. [signature] 4-14-14]*

## JOINT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT

The Parties hereby notify the Court that they have reached a provisional settlement in the above-styled action. The provisional settlement includes this matter and all related arbitration proceedings. The parties are in the process of reducing their agreement to writing, and are seeking arbitrator approval of the settlement.

In the interim, the Parties hereby respectfully request that the Court stay all proceedings until at least May 30, 2014 to allow the parties time to seek and secure arbitrator approval of the provisional settlement and complete settlement obligations, after which time the parties anticipate filing a joint dismissal.

Dated 04/14/2014

s/ Charles P. Yezbek, III
Charles P. Yezbak, III
Yezbak Law Offices
2002 Richard Jones Road, Suite B-200
Nashville, Tennessee 37215
Telephone: (615) 250-2000
Facsimile: (615) 250-2020
yezbak@yezbaklaw.com